```
SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3),<br><br>            Defendants.<br>_____ | Criminal Case No.:   08CR307MJ<br>Magistrate Case No.:  08MJ8081<br><br>**STIPULATION RELEASING**<br>**MATERIAL WITNESSES & ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Defendants MICHAEL BESS-AMARILLAS (1), ERIK MEDELLIN-LOPEZ (2), and ALFREDO GARCIA-ORTEGA (3), by and through and with the advice and consent of defense counsel, Robert E. Schroth, that:

    1.    The material witnesses in this case:

        Oscar Armando Gonzalez-Lorenzana

        Jesus Tovar-Venegas

        Vanessa Mavel-Martinez

May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

1

///

It is STIPULATED AND AGREED this date.

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

Dated: March 21, 2008

          s/Paul Starity
          _____
          PAUL STARITY
          Assistant United States Attorney

Dated: March 21, 2008

          s/Robert Casillas
          _____
          ROBERT CASILLAS
          Defense Counsel for Michael Bess-Amarillas

Dated: March 21, 2008

          s/Siri Shetty
          _____
          SIRI SHETTY
          Defense Counsel for Erik Medellin-Lopez

Dated: March 21, 2008

          s/Michael Littman
          _____
          MICHAEL LITTMAN
          Defense Counsel for Alfredo Garcia-Ortega

Dated: March 21, 2008

          s/Robert E. Schroth
          _____
          ROBERT E. SCHROTH
          Counsel for Material Witnesses

1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.:  08CR0121 BTM |
| ) | Magistrate Case No.:  07MJ8938 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION RELEASING** |
| ) | **MATERIAL WITNESSES & ORDER** |
| MARCOS RODRIGUEZ-PERALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**ORDER**

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon and Ana Griselda Acosta-Carrillo above-named be released and

1  remanded forthwith to the Department of Homeland Security for return to their country
2  of origin.
3      **SO ORDERED**
4  Dated: _____     _____
5                                                   HONORABLE LEO S. PAPAS
                                                 United States Magistrate Judge